ORDERED ACCORDINGLY.

Dated: August 13, 2013



George B. Nielsen, Bankruptcy Judge

---

**WINDTBERG & ZDANCEWICZ, PLC**
7551 South Willow, Suite 102
Tempe, Arizona 85283
Phone: (480) 584-5660
Fax: (480) 584-5958
courtdocs@wzfirm.com
Michael Zdancewicz - 12426
Marc Windtberg - 24802

Attorneys for BMW Bank of North America

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Denise L. Joyce and Chad M. Joyce,

Debtors.

No. 2:13-bk-01502-GBN

**Chapter 13 Proceeding**

**STIPULATION AND ORDER RESOLVING THE PLAN OBJECTION**
And
**REQUIREMENT TO PAY ADEQUATE PROTECTION**

This stipulation is entered into by Denise L. Joyce and Chad M. Joyce (hereafter the **"Debtors"**) and BMW Bank of North America (hereafter the **"Creditor"**), by and through their respective undersigned counsel. The purpose of this Stipulation is to resolve the Objection to Plan Confirmation filed by Creditor.

/ / /

/ / /

## RECITALS

1. On March 26, 2013, Creditor filed its Proof of Claim (the "**POC**") as to the 2007 BMW 3 Series, VIN WBAWB73547P023008 (the "**Collateral**"). (CD 6-1).

2. Creditor is secured. Creditor listed $14,741.71 as the amount of its secured claim with interest accruing at the contract rate of 2.9%. Creditor's total claim is $18,720.00 as stated on the POC.

3. The Debtor and Creditor have agreed that the value of the Collateral for the purposes of the First Amended Chapter 13 Plan is $14,741.71; that the remaining balance of the Claim shall be treated as an allowed unsecured claim, and that Creditor is entitled to monthly adequate protection payments of one percent of the value of the vehicle.

4. Commencing July 1, 2013 and continuing for each consecutive month thereafter and continuing until such time as the court enters an order confirming the Debtors' Chapter 13 plan, the Debtors agree to pay Creditor adequate protection payments in the amount of $147.41 per month. After confirmation of the Plan, the payments will be paid in accordance with the terms of the Plan.

5. This Stipulation and Plan treatment as to the Creditor shall be incorporated into any Chapter 13 Plan filed by the Debtors and may not be altered without the written approval of the Creditor.

6. The Objection to Plan Confirmation and Plan Rejection by Secured Creditor (DE 41) is hereby withdrawn.

7. In the event this case is dismissed or converted, this Stipulation shall be deemed void and unenforceable and the original contract terms remain in full force and effect.

| THE ANDRICH LAW FIRM, P.C. | WINDTBERG & ZDANCEWICZ, PLC |
|---|---|
| By /s/ with written permission/ | By /s/ Michael Zdancewicz 7.8.2013 |
| Devin Andrich | Michael Zdancewicz |
| 4647 North 32nd Street, Suite 135 | Marc Windtberg |
| Phoenix, AZ 85018 | 7551 South Willow, Suite 102 |
| Attorney for Debtors | Tempe, Arizona 85283 |
| | Attorneys for Creditor |

[Signed and Dated Above]